UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES YOUNG,<br><br>          Plaintiff,<br><br>    v.<br><br>CARLOS DEL TORO, Secretary of the Navy,<br><br>          Defendant. | CASE NO. 3:22-cv-5915<br><br>ORDER GRANTING MOTION TO CONTINUE ANSWER DEADLINE AND INITIAL SCHEDULING DEADLINES |

This matter comes before the Court on Defendant's Stipulated Motion to Continue the Answer Deadline and Initial Scheduling Deadlines (Dkt. No. 6). Having reviewed the Motion, the Court GRANTS the Motion. Defendant shall file a responsive pleading by February 17, 2023.

The Court further sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | April 3, 2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | April 10, 2023 |

| | |
|---|---|
| 1 | Combined Joint Status Report and |
|  | Discovery Plan as Required by FRCP 26(f) and Local Civil Rule |
| 2 | 26(f): <u>April 17, 2023</u> |

3  All other instructions in the Court's initial order (Dkt. No. 3) remain unchanged.

4  The clerk is ordered to provide copies of this order to all counsel.

5  Dated January 18, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION TO CONTINUE ANSWER DEADLINE AND INITIAL SCHEDULING DEADLINES - 2