UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES YOUNG,

    Plaintiff,

  v.

CARLOS DEL TORO, Secretary of the Navy,

    Defendant.

CASE NO. 3:22-cv-5915

ORDER DENYING WITHOUT PREJUDICE STIPULATED MOTION TO CONTINUE

  This matter comes before the Court on the Parties' Stipulated Motion to Continue Pretrial and Trial Deadlines. (Dkt. No. 24.) Having reviewed the motion and the remaining record, the Court DENIES the motion without prejudice.

  The Parties seek to continue the pretrial and trial dates in this matter because counsel for Defendant is "expecting the birth of a child in mid-September, around the time when several pretrial deadlines will become due." (Dkt. No. 24.) The Motion fails to state exactly how long the continuance would last or whether there is a possibility of defense counsel's leave extending

beyond a date certain. Additionally, the Court questions why the government Defendant is unable to manage or anticipate the need for coverage in this matter given that the pre-trial and trial deadlines were set over a year ago. (Dkt. No. 12.) The Parties therefore do not show good cause to continue the pretrial and trial deadlines, and the Court declines to do so on this record.

Therefore, IT IS ORDERED that the request to continue the pretrial and deadlines is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a proposed pretrial and trial schedule.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 7, 2024.

Marsha J. Pechman
United States Senior District Judge