1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  JAMES YOUNG,                                    CASE NO. 3:22-cv-5915

11                       Plaintiff,                 ORDER GRANTING IN PART
                                                    STIPULATED MOTION TO
12          v.                                      CONTINUE

13  CARLOS DEL TORO, Secretary of the
    Navy,
14
                         Defendant.
15

16

17      This matter comes before the Court on the Parties' Stipulated Motion to Continue Pretrial

18  and Trial Deadlines. (Dkt. No. 26.) Having reviewed the motion and the remaining record, the

19  Court GRANTS IN PART the motion.

20      While the Court cannot accommodate the Parties' request for a December 2, 2024, trial

21  date, it finds good cause to continue the pretrial and trial deadlines in this case.

22      Therefore, IT IS ORDERED that the Parties' stipulated motion is GRANTED IN PART.

23  The new trial date and deadlines are as follows:

24

| | |
|---|---|
| JURY TRIAL DATE | November 18, 2024 |
| All motions in limine must be filed in accordance with LCR 7(f)(5) | October 17, 2024 |
| Agreed pretrial order due | November 5, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | November 5, 2024 |
| Pretrial Conference | November 7, 2024, at 1:30 P.M. |

The clerk is ordered to provide copies of this order to all counsel.

Dated September 5, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge